IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   )
                           )
         V.                ) Criminal No. 00-183
                           )
DANIEL JACKSON             )

### ORDER APPOINTING
### FEDERAL PUBLIC DEFENDER

AND NOW this 17th day of July, 2006, the defendant having been incarcerated since September 27, 2001, and the Court being satisfied as a result thereof that the above named defendant is financially unable to obtain counsel and said defendant not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1001 Liberty Avenue, 1450 Liberty Center, Pittsburgh, Pennsylvania 15222, telephone number (412) 644-6565, is hereby appointed to represent the individual in all matters pertaining to this action.

PRIMARY COUNSEL:   Michael J. Novara

                   PA Attorney ID # 66434

                   _____
                   Gustave Diamond
                   United States District Judge