IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
V. ) Criminal No. 00-183
)
DANIEL JACKSON )

## ORDER OF COURT

AND NOW, to-wit, this _____ day of July, 2006, upon consideration of the foregoing Motion to Amend Judgment and Commitment Order, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted.  It is FURTHER ORDERED that Mr. Jackson's sentencing documentation be modified so as to reflect his pre-incarceration cocaine dependancy.  It is FURTHER ORDERED that Mr. Jackson's Judgment and Commitment Order be modified so as to include a recommendation by this Court that Mr. Jackson be permitted to participate in the BOP's 500-hour intensive residential drug treatment program.


_____
Gustave Diamond
United States District Judge