33. The defendant's father, Danny Jackson, age 46, resides at 1309 Wesley Street, Wilkinsburg, Pennsylvania. He is employed as an electrical engineer with Duquesne Light. The defendant's mother, Josephine Jackson, age 44, resides with her husband. She is the owner/operator of the Jackson Day Care center located at 1311 Wesley Street, Wilkinsburg.

34. As previously mentioned, the defendant has one sibling. Danielle Jackson, age 19, resides with her parents in Wilkinsburg and is currently enrolled as a student at Duquesne University studying computer programing. She is employed part-time at Houlihan's restaurant.

35. The defendant reported that he was raised in the Homewood section of Pittsburgh until he was approximately age 10 when his family moved to Wilkinsburg. He reported that he had a good childhood. He stated that he got along well with his sister. The defendant reported no abusive situations within the family home.

36. The defendant has never been married and reported that he has no children. He did report that he has been involved in a three-year relationship with Tasha Martin who is currently residing in Homewood, Pennsylvania.

**Physical Condition**

37. The defendant is 5 feet 8½ inches tall and weighs 172 pounds. The defendant has brown eyes and black hair. He stated that he does not have any moles, marks, or tattoos. The defendant stated that he is in good physical health and not currently under the care of a physician.

**Mental and Emotional Health**

38. The defendant indicated that he does not have any history of any mental or emotional health problems.

**Substance Abuse**

39. At the time of the presentence interview, the defendant reported that he has never used any illegal drugs. However, a subsequent check of Pretrial Service records reflect that the defendant tested positive for cocaine on October 30, 2000. The remaining urine samples collected revealed no further drug use. He indicated that he first drank alcohol at the age of 18. He stated that he would currently describe his use as a social drinker, that being typically on the weekends with friends. He reported that his beverage of choice was beer.

**Education and Vocational Skills**

40. The defendant reported that he graduated from Wilkinsburg High School in or around 1994/95. Juvenile court records reflect that he graduated in 1995. School records have been requested but not yet received.

41. The defendant stated that he has been attending Community College of Allegheny County-Boyce Campus since 1997. He is studying business management. The defendant indicated

10