IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 00-CR-00183-001 |
| ) | |
| v. ) | |
| ) | STATE OF PENNSYLVANIA ) |
| DANIEL JACKSON, ) | )SS: |
| Defendant. ) | COUNTY OF MCKEAN ) |

### SWORN DECLARATION OF DEFENDANT DANIEL JACKSON

I, Daniel Jackson, Federal Register No. 06972-068, a federal prisoner presently incarcerated at the Federal Correctional Institution, located at Route 59 Big Shanty Road, P.O. Box 8000, Bradford, Pennsylvania 16701, does hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the statements contained herein are true and correct to the best of my knowledge and belief and states the following:

1. On March 15, 2000, I was arrested by a Allegheny County Multi Drug Task Force in Pittsburgh, Pennsylvania on a drug trafficking charge.

2. Also at the time of my arrest on March 15, 2000, I was a student at the Allegheny County Community College, and was addicted to the narcotic Cocaine. I was using cocaine, smoking marijuana, and consumed alcohol consistently and daily. The only way I could afford to support my drug addition and alcoholism, I sold cocaine. The drug charges were filed in Common Pleas Court of the Commonwealth of Pennsylvania in Allegheny County, Pittsburgh, Pennsylvania, where I eventually post bail. Immediately after posting bail, I begin to continue using cocaine, marijuana, and drink alcohol.

3. On October 24, 2000, a Federal Grand Jury sitting in the Western District of Pennsylvania returned a true Indictment charging me with Possession with Intent

EXHIBIT B