# IMANI CHRISTIAN ACADEMY

*"Where purpose in the life of each child is Revealed, Refined and Released"*

July 7, 2006

**Board of Directors**

**Chair**
C. Fred Fetterolf

**Vice-Chairs**
Bishop Donald O. Clay
Darrin Grove

Dr. Shirley Biggs
Constance Balthrop
Elder Jim Balthrop
Dr. Marilyn Barnett
Cliff Benson
Doris Carson-Williams
Thomas Farmar
Ronald Hawkins
John Henne
Daniel Hoey
Kevin Klinvex
Andrea Mahone
William Mehaffey
Elder Milton E. Raiford
Greg Robick
Eric Rader
James D. Roy
Elder Enos Scott
Thomas J. Smith

**Advisory Board**

Joel Adams
James Bouchard
Reid Carpenter
Michael Geer
Jack Henne
Vincent Lacher
Glen Meakem
Senator Jane Orie
Jim Roddey
James Rogers
Thomas Usher

May It Please The Court,

My name is Elder Milton E. Raiford. I am an Administrative Elder at Petra International Ministries and the Headmaster of Imani Christian Academy. I write this letter in regard to Daniel Jackson, who is presently a federal prisoner at Federal Register Number 06972-068.

I have known Daniel Jackson from the time he was seven years old. I am a good friend of his mom and his father. In his formative years, I was employed at first as an Assistant District Attorney in Allegheny County and secondly, as a Criminal Defense Attorney in Allegheny County. I achieved this level of legal success in spite of the fact that I grew up on the streets of Homewood-Brushton. This is important to note because as Daniel Jackson grew older, I was able to see, based upon my experience and training and the relationship that I had with him, a change in his behavior. This change occurred because he was no longer respecting the body that God had given to him. This change occurred because of his recreational drug usage. He began concerning himself with the procuring of money and he began to engage himself in relationships with individuals who were known drug dealers and who were not the type of young men that his mother and father desired for him to associate himself with. I perceive that it was the glitz and the lifestyle while he was introduced to controlled substances that consumed him all at once and turned a young man, whose character was sweet, innocent, God-fearing, disciplined and purpose driven, into someone that all of a sudden, it became "all about me". When you grow up in the inner city, it is hard not to desire to be popular among your peers. Being popular with your peers in the city means being able to fight, to have drugs, to have money and get girls. That is the prevalent culture. Danny was a kid that drug use would send into the realm of selfishness. He was not raised that way.

When I became aware of his legal troubles, I counseled him regularly. It was almost every day. He and his dad would come to my house on numerous occasions together and there were days that Danny would come on his own. His concern was not the underlying cause of his legal troubles, which was his drug use. His concern was how he could remain free without going to jail and that is understandable considering that he had never been incarcerated before and he found himself in the grip of drug usage and was unable to realize the world that he had created around him. Only someone who is under the influence as he was could not notice the change in his own character and the change in the culture around him. I have advised his father to proceed and to seek an evidentiary hearing so that Danny himself can come before the court and admit, under oath, his

235 Eastgate Drive – Pittsburgh, PA 15235 – Phone no.: 412-731-7962 – Fax no.: 412-731-7343 –
email: icaheadmaster@earthlink.net – website: www.imanichristianacademy.org

EXHIBIT C


drug usage. Not so that he might be released from jail early but so that an underlying issue in his life, which led to his incarceration, could be addressed. Is it not the goal of our penal system to release individuals back into society who are whole? I believe it is based upon my experience and based upon the heart of our federal judicial system.

Thank you and should you have any questions, please feel free to call me at 412-508-0274 or 412-731-7982.

With All Sincerity In Christ,

Elder Milton E. Raiford

235 Eastgate Drive—Pittsburgh, PA 15235 — Phone no.: 412-731-7982—Fax no.: 412-731-7343—
email: icabeggmaster@earthlink.net — website: www.imanichristianacademy.org

EXHIBIT C